FILED

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

01 DEC 14 PM 1:49

U.S. DISTRICT COURT
N.D. OF ALABAMA

TIMOTHY ALAN GANNON, )
)
      Plaintiff, )
)
vs. )    CV-01-BU-2397-S
)
BIRMINGHAM CITY JAIL, ET AL., )
)
      Defendants. )

**ENTERED**

DEC 14 2001

### MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on November 20, 2001, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed as frivolous and because plaintiff seeks monetary relief from a defendant who is immune from such relief pursuant to 28 U.S.C. § 1915A(b).   No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed  as frivolous and because plaintiff seeks monetary relief from a defendant who is immune from such relief pursuant to 28 U.S.C. § 1915A(b).  A Final Judgment will be entered.

DATED this _____ day of December _____, 2001.

_____
H. DEAN BUTTRAM, JR.
UNITED STATES DISTRICT JUDGE